UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, | )    CA 25·478 SRN/DLM |
| | )    **INDICTMENT** |
| Plaintiff, | ) |
| | )    8 U.S.C. § 1326(a) |
| v. | )    8 U.S.C. § 1326(b)(2) |
| | ) |
| ABDULLAHI MOHAMED ABDI, | ) |
| a/k/a Abdulahi Mohamed Abdi, | ) |
| | ) |
| Defendant. | ) |

THE UNITED STATES GRAND JURY CHARGES THAT:

## COUNT 1
(Reentry of Removed Alien—Prior Aggravated Felony)

On or about September 20, 2025, in the State and District of Minnesota, the

defendant,

**ABDULLAHI MOHAMED ABDI,**
a/k/a Abdulahi Mohamed Abdi,

an alien, was found in the United States after having been ordered removed

therefrom on or about September 4, 2007, and subsequently self-removing, and not

having obtained the express consent of the Attorney General of the United States or

the Secretary of Homeland Security to reapply for admission to the United States,

and whose removal was subsequent to a conviction for commission of an aggravated

felony, namely:

| Offense | Jurisdiction | Date of Conviction (On or About) |
|---|---|---|
| Possession of a Controlled Substance with Intent to Deliver | Cass County, ND | October 6, 2006 |

all in violation of Title 8, United States Code, Sections 1326(a) and 1326(b)(2).



*United States v. Abdulahi Mohamed Abdi*

A TRUE BILL

_____          _____

UNITED STATES ATTORNEY                        FOREPERSON